IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-cv-0411-MJR-CJP |
| ) | |
| NANCY K. MILLER, ) | |
| ) | |
| Defendant. ) | |

## DECREE CONFIRMING
## UNITED STATES MARSHAL'S REPORT OF SALE

REAGAN, District Judge:

The undersigned Judge appointed United States Marshal Don Slazinik to sell the property at issue herein and otherwise effectuate this Court's September 29, 2008 "Judgment and Order Directing Sale of Mortgaged Property" (Doc. 8).

On February 19, 2009, Marshal Slazinik filed his report of sale herein (Doc. 9). Having reviewed that report, the Court finds that the United States Marshal has proceeded in accordance with the terms of the Judgment/Order and that the sale was fairly made. Therefore, the undersigned Judge **APPROVES AND CONFIRMS** the report and sale.

IT IS SO ORDERED.

DATED this 20th day of February 2009.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge